IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| STEPHEN RAY HOKE, | |
| Plaintiff, | CIVIL ACTION NO.: 6:16-cv-45 |
| v. | |
| MR. LYLE; NATHAN DEAL; HOMER BRYSON; STANLEY WILLIAMS; and TIFFANY HENRY, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 8), to which Objections have been filed. The Court **OVERRULES** Plaintiff's Objections, (doc. 10), and **ADOPTS** the Report and Recommendation as the opinion of the Court.

**SO ORDERED**, this ___ day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA