IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| STEPHEN RAY HOKE,<br><br>Plaintiff,<br><br>v.<br><br>MR. LYLE; STANLEY WILLIAMS; and TIFFANY HENRY,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-45 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 18), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for Permanent Injunction, (doc. 15).

**SO ORDERED**, this 12th day of December, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA