IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| STEPHEN RAY HOKE,<br><br>Plaintiff,<br><br>v.<br><br>MR. LYLE; STANLEY WILLIAMS; and TIFFANY HENRY,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-45 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 27), to which Objections have been filed, (doc. 28). Plaintiff's Objections are largely a reiteration of his arguments which he already presented and which the Magistrate Judge correctly rejected. Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED,** this 7th day of March, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA