**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

STEPHEN RAY HOKE,

    Plaintiff,

v.

MR. LYTE, et al.,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-45

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 61). Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Lane, Dozier, Allen, and Pinero and his claims brought under Georgia law. The Court also **GRANTS** Defendants Lyte, Henry, and Williams' Motion to Dismiss, (doc. 52), **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 16th day of September, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA