# United States District Court
## Southern District of Georgia

STEPHEN RAY HOKE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:16-cv-45

MR. LYTE, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 16, 2019, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this court, the Court DISMISSES Plaintiff's claims against Defendants Lane, Dozier, Allen, and Pinero and his claims brought under Georgia law. The Court also GRANTS Defendants' Lyte, Henry, and Williams Motion to Dismiss, DISMISSES Plaintiff's Complaint, and DENIES Plaintiff leave to appeal in forma pauperis.

Approved by: _____

September 19, 2019
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*